# BMW Financial Services

Certified M

Brenda Casey
1742 Williams Way
Norristown PA 19403-3373

| | |
|---|---|
| Reference | 1XXXXX3270 / 2021 BMW M340i xDrive Sedan NA / 8B56235
Date of Contract: 04/15/2022
Date of Repossession: 09/16/2025 |
| Date | September 17, 2025 |
| Subject | **NOTICE OF OUR PLAN TO SELL PROPERTY** |

FILED
OCT - 2 2025
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

Dear Brenda Casey:

BMW Financial Services NA, LLC (BMW Financial Services) has your 2021 BMW M340i xDrive Sedan NA (the "Vehicle") because you broke promises in our agreement. We will sell the Vehicle at private sale sometime after October 02, 2025. A sale could include a lease or license.

The money we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at (800) 398-3939.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at (800) 398-3939 or write us at 1400 City View Drive, Columbus, OH 43215, and request a written explanation.

If you need more information about the sale, call us at (800) 398-3939 or write us at 1400 City View Drive, Columbus, OH 43215.

We are sending this notice to the following people who have an interest in the 2021 BMW M340i xDrive Sedan NA or who owe money under your agreement:

* Brenda Casey

---

Company
BMW Financial Services NA, LLC
A BMW Group Company

Mailing Address
PO Box 3608, Dublin OH 43016
Office Address
1400 City View Drive, Columbus OH 43215

Telephone (800) 398-3939
Fax (866) 280-3510
Internet www.bmwusa.com/fs

17435237¹

32708B56235541501965

# BMW Financial Services



Subject: **NOTICE OF OUR PLAN TO SELL PROPERTY**
Date: September 17, 2025
Page: 3

**RIGHT TO MONEY LEFT OVER FROM SALE:** When your Vehicle is sold, the sale proceeds will be applied first to the payment of the expenses of retaking, holding, preparing for sale and selling the Vehicle and reasonable attorney's fees and legal expenses, as permitted by law, then to the balance due under your Contract, and then to the payment of the indebtedness secured by any subordinate security interest in the Vehicle. If any money is left over, it will be paid to you, together with an accounting covering the disposition of the Vehicle, within a reasonable time period after the sale.

**REMAINING DEBT:** The sale of the Vehicle after deduction of the actual and reasonable cost of the sale and of retaking, preparing for sale, and storing the Vehicle may not cover the unpaid Contract balance. In that event, you will owe us the deficiency. We will send you an explanation of what you owe.

**PERSONAL PROPERTY LEFT IN VEHICLE:** Any of your personal property that was left in the Vehicle will be held at Location Services USA for 30 days from the date of this Notice. You may identify and claim your property within this 30 day time period. After the expiration of 30 days, your personal property may be disposed.

If you have any questions, please contact us at (800) 398-3939, Monday through Thursday, from 9:00 a.m. to 9:00 p.m. ET, and Friday from 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.

Yours sincerely,

BMW Financial Services NA, LLC



| | |
|---|---|
| Subject | **NOTICE OF OUR PLAN TO SELL PROPERTY** |
| Date | September 17, 2025 |
| Page | 2 |

You can get the Vehicle back by redeeming the Vehicle. You or any other person liable on the Contract may redeem the Vehicle ("Redeem" means to get back the Vehicle by paying the total amount owed on the Contract, not just the past due payments) at any time before the Vehicle is sold or contracted to be sold. If you redeem the Vehicle, BMW Financial Services will release any claim it has to the Vehicle and Title. You are entitled to an accounting of the total amount owed on the Contract (see below).

## TO REDEEM THE VEHICLE

To **REDEEM** the Vehicle, you must pay the amount shown by certified funds payable to BMW Financial Services, Attn: Collection Services 1400 City View Drive Columbus OH 43215. The itemization of the amount owed is as follows:

| | |
|---|---:|
| Total Installments Past Due: | $17,933.72 |
| Delinquency and Collection Charges: | $599.40 |
| Repossession Charges: | $725.00 |
| Other Charges: | $0.00 |
| Attorney's Fees: | $0.00 |
| **Total Due**: | $19,258.12 |

TOTAL DUE may change to include additional expenses incurred or rebates received after the date of this Notice. Please note that the repossession lot will charge an additional $250.00 if you retrieve your vehicle and/or personal property from the lot, and the fee then will be billed to your account. You do not need to pay this $250.00 now to reinstate your contract, but we will bill the fee to your future monthly statements, if applicable, once we receive the lot's invoice.

**NOTICE OF PRIVATE SALE:** The Vehicle is being held at "Location Services USA 924 West Ave Bristol PA 19007" and will remain there for **15 days from the date of this notice**, after which the Vehicle will be moved to a private auction facility to be sold at a private sale. In the event you wish to **REDEEM** the Vehicle before it is sold, contact the Collections Department at (800) 398-3939 to confirm the amount that must be paid. Upon redemption, you can retrieve your Vehicle from Location Services USA. If you **REDEEM** the Vehicle, you will also be responsible for paying all storage charges directly to Location Services USA.

**NOTICE: YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE CONTRACT BALANCE AND ANY OTHER AMOUNTS DUE.**

**INSURANCE RIGHTS:** If you do not want to get your Vehicle back, call your insurance company to ensure that any insurance has been cancelled.